**CHRISTOPHER J. BOWES, ESQ.**
54 Cobblestone Drive
Shoreham, NY 11786
Tel. (212) 979-7575
Fax (631) 929-1700

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/27/2023
```

December 22, 2023

<u>Via ECF</u>
Hon. Robert W. Lehrburger
United States Magistrate Judge
500 Pearl Street
New York, New York 10007

        Re: <u>Pinaud v. Kijakazi</u>
           23 civ 8577 (JGK) (RWL)

Dear Judge Lehrburger:

  I am writing to request an extension of time to file plaintiff's Brief in the above-captioned case. Plaintiff's papers are due to be filed on December 27, 2023. This is plaintiff's first request for an extension of time.

  I seek a thirty day extension of time due the press of previous commitments and longstanding family plans for the holidays, which has delayed my efforts to complete Mr. Pinaud's Brief. With the consent of opposing counsel, SAUSA Kristina Cohn, we respectfully request that Your Honor approve of the following revised schedule:

| | |
|---|---|
| January 26, 2024 | Plaintiff's Brief |
| March 26, 2024 | Defendant's Brief |
| April 9, ~~2023~~ 2024 | Plaintiff's Reply Brief |

Thank you for Your Honor's attention to this matter.

              Respectfully submitted,

              /s/ Christopher J. Bowes
              Christopher J. Bowes
              Attorney for Plaintiff

cc: SAUSA Kristina Cohn
   26 Federal Plaza, Room 3904
   New York, NY 10278
   Attorney for Defendant

Granted.
SO ORDERED: /s/
12/27/2023
_____
HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE