# CHRISTOPHER J. BOWES, ESQ.

54 Cobblestone Drive
Shoreham, NY 11786
Tel. (212) 979-7575
Fax (631) 929-1700

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/29/2024

January 29, 2024

Via ECF
Hon. Robert W. Lehrburger
United States Magistrate Judge
500 Pearl Street
New York, New York 10007

Re:   Pinaud v. Kijakazi
      23 civ 8577 (JGK) (RWL)

Dear Judge Lehrburger:

  I am writing to request an extension of time, nunc pro tunc, to file plaintiff's Brief in the above-captioned case. Plaintiff's papers were due to be filed January 26, 2023. This is plaintiff's second request for an extension of time.

  Due to multiple administrative hearings and deadlines over the past week, I am behind in completing Mr. Pinaud's Brief. In addition, the record in this case is not insubstantial and requires considerable attention. With the consent of opposing counsel, SAUSA Kristina Cohn, we respectfully request that Your Honor approve of the following revised schedule:

  January 31, 2024  Plaintiff's Brief
  April 2, 2024    Defendant's Brief
  April 16, 2023   Plaintiff's Reply Brief

  Thank you for Your Honor's attention to this matter.

Respectfully submitted,

/s/ Christopher J. Bowes
Christopher J. Bowes
Attorney for Plaintiff

cc: SAUSA Kristina Cohn
  26 Federal Plaza, Room 3904
  New York, NY 10278
  Attorney for Defendant

Granted.

SO ORDERED:

1/29/2024

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE