```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

RONALD PINAUD,

                Plaintiff,

    - against -

KILOLO KIJAKAZI,

                Defendant.

23-cv-8577 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The parties are directed to appear for a telephone conference on **July 1, 2024**, at **5:00 p.m.**

    Dial-in: 888-363-4749, with access code 8140049.

SO ORDERED.

Dated:    New York, New York
            June 27, 2024

                                            John G. Koeltl
                                      United States District Judge