UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

RONALD PINAUD,

                        Plaintiff,

        - against -

KILOLO KIJAKAZI,

                        Defendant.

---

23-cv-8577 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

The Court has reviewed the Report and Recommendation of Magistrate Judge Gary Jones recommending that the motion by the Commissioner of Social Security be granted. ECF No. 18. The Commissioner seeks to have this case remanded for further proceedings pursuant to sentence four of section 405(g) of the Social Security Act. See id. at 15. The Report and Recommendation was issued on July 2, 2024. See id. No objections have been filed, and the time for filing objections has passed. See id. In any event, the Court finds that the Report and Recommendation is well founded, and the Court therefore adopts the Report and Recommendation.

Therefore, this case is remanded for further proceedings under sentence four of section 405(g) of the Social Security Act. The Clerk is directed to enter judgment and to close this case.

SO ORDERED.

Dated:    New York, New York
          July 22, 2024

                                    John G. Koeltl
                                United States District Judge