UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RONALD PINAUD,

                Plaintiff,

    - against -

KILOLO KIJAKAZI,

                Defendant.

23-cv-8577 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The Government should provide its views on the plaintiff's application for attorney's fees by **November 22, 2024**. The plaintiff's application to defer submission of a memorandum in support of the application at this time is granted.

SO ORDERED.

Dated:    New York, New York
          October 24, 2024

                                        John G. Koeltl
                                   United States District Judge